UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JENNISON,<br><br>            Plaintiff,<br><br>   v.<br><br>RONALD RACKLEY,<br><br>            Defendant. | No.  2:14-cv-1564 CKD P<br><br><br>ORDER |

      Plaintiff is a state prisoner, proceeding pro se and in forma pauperis, who seeks relief pursuant to 42 U.S.C. § 1983.  On September 26, 2014, plaintiff's complaint was dismissed with thirty days' leave to amend.  (ECF No. 17.)

      On October 14, 2014, plaintiff filed a document labeled "Amended Complaint"; however, it is effectively a letter to the court and does not name any defendants or causes of action.  (ECF No. 20.)  On November 12, 2014, plaintiff filed a second document labeled "Amended Complaint," also in the form of a letter.  (ECF No. 21.)  On December 2, 2014, plaintiff filed a third document labeled "Amended Complaint" in letter form.  (ECF No. 23.)

      A prisoner pursuing civil rights claims without counsel, like all other litigants, is required to obey the court's orders, including an order to amend his pleading.  Ferdik v. Bonzelet, 963 F.2d 1258, 1260–61 (9th Cir. 1992).  Moreover, a pro se plaintiff must satisfy the pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.  Rule 8(a)(2) "requires a

complaint to include a short and plain statement of the claim showing that the pleader is entitled to relief, in order to give the defendant fair notice of what the claim is and the grounds upon which it rests." Bell Atl. Corp. v. Twombly, 550 U.S. 544, 554, 562–563 (2007) (citing Conley v. Gibson, 355 U.S. 41 (1957)).

Plaintiff's failure to file an amended pleading that comports with this court's orders and the Federal Rules may justify dismissal, including dismissal with prejudice. See Ferdik, 963 F.2d at 1262–63 (affirming dismissal with prejudice for pro se prisoner's failure to comply with order requiring filing of amended civil rights complaint). Plaintiff will be given one final opportunity to file an amended pleading or face dismissal of this action.

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's First Amended Complaint (ECF No. 20) is dismissed;

2. Plaintiff's Second Amended Complaint (ECF No. 21) is dismissed;

3. Plaintiff's Third Amended Complaint (ECF No. 23) is dismissed; and

4. No later than thirty days from the date of this order, plaintiff shall file a Fourth Amended Complaint that complies with all applicable rules. Failure to do so will result in dismissal of this action with prejudice.

Dated: February 23, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / jenn1564.fac