UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JENNISON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RONALD RACKLEY,<br><br>　　　　　Defendant. | No.  2:14-cv-1564 CKD P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se and in forma pauperis, who seeks relief pursuant to 42 U.S.C. § 1983.  On February 23, 2015, plaintiff was granted thirty days to file an amended complaint in compliance with this court's orders and the Federal Rules of Civil Procedure.  (ECF No. 24.)  Plaintiff was warned that failure to file a viable complaint would result in the dismissal of this action with prejudice.  (Id.; see ECF No. 7.)   The thirty days has passed, and plaintiff has not filed a proper complaint.

Accordingly, IT IS HEREBY ORDERED THAT this action is dismissed with prejudice.

Dated:  March 31, 2015

_Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / jenn1564.sac